IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cv193

| | |
|---|---|
| CLAYTON S. PARSONS III, CPA, PA ) | |
| ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| ) | |
| MIDDLESWARTH, BOWERS & CO., LLP ) | |
| ) | |

**THIS MATTER** is before the Court on its own motion upon the removal of a civil action against a bankruptcy trustee from a state court. (Doc. No. 1).

The Court finds that this matter should be referred to a bankruptcy judge pursuant to the Local Rule Referencing All Bankruptcy Matters to the Bankruptcy Judge filed on July 30, 1984.

**IT IS, THEREFORE, ORDERED** that this case is referred to the Bankruptcy Court for this district for further proceedings.

Signed: May 1, 2006

Robert J. Conrad, Jr.
United States District Judge